NUMBER 13-07-025-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 






MARY BENNET MCDOUGAL, AS EXECUTOR 

OF THE ESTATE OF DUDLEY BENNET MCDOUGAL,

DECEASED, Appellant,


v.



FAIN MCDOUGAL, INDIVIDUALLY AND AS 

EXECUTOR OF THE ESTATE OF BEULAH 

MARGARET MCDOUGAL, DECEASED, Appellee.





On appeal from County Court of De Witt County, Texas.


 




MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides
Memorandum Opinion Per Curiam


 

 Appellant, MARY BENNET MCDOUGAL, AS EXECUTOR OF THE ESTATE OF
DUDLEY BENNET MCDOUGAL, DECEASED, perfected an appeal from a judgment
entered by the County Court of De Witt County, in cause number 10,400. After the notice
of appeal was filed, appellant filed a motion to dismiss the appeal. In her motion, appellant
states that she no longer desires to appeal her suit against the appellee. Appellant further
requests that all costs be taxed against the party incurring same.

 The Court, having considered the documents on file and appellant's motion to
dismiss, is of the opinion that the motion should be granted. Appellant's motion to dismiss
is granted. The appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 19th day of April, 2007.